# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTA GARCIA-GONZALEZ,<br><br>                    Petitioner,<br>vs.<br>ADRIANA ROSAS-CARRANZA, in her official capacity, et al.,<br><br>                    Respondents. | CASE NO. 08cv1063 WQH (RBB)<br><br>**ORDER** |

HAYES, Judge:

The Joint Motion to Dismiss (Doc. # 6) is **GRANTED.** The above-captioned action is **DISMISSED as moot.** The parties shall bear their own fees and costs.

DATED: November 5, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge